# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 18-cv-007 (TSC) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, Defendant's motion for summary judgment (ECF No. 25) will be GRANTED and Plaintiff's cross-motion for partial summary judgment (ECF No. 27) will be DENIED.

Date:  May 26, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1